# ALABAMA COURT OF CRIMINAL APPEALS



August 15, 2025

**CR-2024-1017**
Emenike Okachi Downey v. State of Alabama (Appeal from Houston Circuit Court: CC-19-2561.60)

## <u>NOTICE</u>

You are hereby notified that on August 15, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk